ESTATE OF T. COHEN, INC., Appellant, v. FRED KOLB et al., Defendants, and LOUIS KASSVAN et al., Respondents.— ■■■■■■■■■■ No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NICHOLAS CATANIA et al., Appellants, v. WONDERFUEL CORPORATION, Respondent.— ■■■■■■■■■■ No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

J. A. KIRSCH, LTD., Appellant, v. JOHN A. KELLER, Doing Business under the Name of ELKAYO FRUIT FARM, Defendant; THE FIDELITY & CASUALTY COMPANY OF NEW YORK, Respondent, and JACOB A. KIRSCH, Appellant.— ■■■■■■■■■■ No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

E. AWAD & SONS, INC., Appellant, v. THE DE LA RAMA STEAMSHIP CO., INC., Respondent.— ■■■■■■■■■■ No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of JAY RIEGEL as Administrator of the Estate of MINA P. RIEGEL, Deceased, Respondent. ETHEL PORTUGAL, Appellant.— ■■■■■■■■■■ No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of LENOX PARADISE GRILL, INC., Petitioner, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority of the State of New York, Respondents ■■■■■■■■■■ No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP MERZER, Appellant.— ■■■■■■■■■■ No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of JOSEPH F. WALTHERS, Petitioner, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— ■■■■■■■■■■ No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ABE BENDER, Respondent, v. ALFRED ANTHONY, Appellant.— ■■■■■■■■■■ No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PUBLIC OPERATING CORPORATION, Respondent, v. BROOKLYN TRUST COMPANY, Appellant.— ■■■■■■■■■■ (Dore, J., dissents and votes to reverse and deny said motion.) Order granting plaintiff's motion to strike out the first and second affirmative defenses as insufficient in law affirmed. (Dore, J., dissents and votes to modify by denying the motion to strike out the first defense.) Order entered May 8, 1942, denying defendant's motion to dismiss the complaint pursuant to rule 106 of the Rules of Civil Practice, unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN RANDOLPH, Respondent, v. ROYCE HAULAGE CORPORATION, Appellant.— ■■■■■■■■■■ No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNA B. WOODS, Appellant, v. UNITED STATES TRUST COMPANY OF NEW YORK et al., Respondents.— ■■■■■■■■■■ (See *Jensen* v. *Union Railway Co.*, 237 App. Div. 655.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.